AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

John Robert Ross
DOB:  1963
PDID:

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about ____February 18, 2005____ in ____Washington, D.C.____ county, in the

_____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

Send to the US Secret Service a registered letter, via the US Postal Service, that detailed his intent to assassinate the President of the United States.

On 02/21/2006, the defendant sent an e-mail, via the internet to a US Marine Corps Captain assigned with hmx-1 helicopter division.  This e-mail detailed the defendants intent to shut down a Marine helicopter and assassinate the President of the United States.

in violation of Title ___18___ United States Code, Section(s) ____871____.

I further state that I am ___Kimberly Hardin,  Special Agent with the United States Secret Service___,  and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:      ☒ Yes      ☐ No

AUSA, Denise Cheung   (202) 307-2845
Sworn to before me and subscribed in my presence,

Signature of Complainant
Kimberly Hardin, Special Agent
United States Secret Service

_____
Date

at      ___Washington, D.C.___
       City and State

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer