UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. **06-100** |
| | : | |
| | : | Magistrate No.: 06-0115M |
| V. | : | |
| | : | VIOLATION: |
| | : | |
| JOHN R. ROSS, | : | 18 U.S.C. § 871 |
| | : | (Threats Against the President) |
| Defendant. | : | |

FILED
APR 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### INFORMATION

The United States Attorney for the District of Columbia charges:

### COUNT ONE

From on or about February 18, 2006 through on or about February 21, 2006, within the District of Columbia, the defendant **JOHN R. ROSS** did knowingly and willfully make threats to take the life of and to inflict bodily harm upon the President of the United States, George W. Bush, by knowingly and willfully depositing for conveyance in the mail and for delivery from any post office a certified letter to the United States Secret Service, in which he stated, "I have determined to kill the 43rd President of the United States of America, George Walker Bush," and "What do you think about the importation of a biological agent to the White House during a tour"; and by knowingly and willfully sending separate e-mails, one each to comments@whitehouse.gov, vice_president@whitehouse.gov, and the personal e-mail account of Captain Casey Taylor, United States Marine Corps [Taylorc@hmx-1.usmc.mil], in all of three of which e-mails he stated, "I have determined to kill the 43rd President of the United States of America, George Walker Bush," and "Failing that, I have determined to bring down one of the Presidential helicopters."

   (**Threats Against the President**, in violation of Title 18, United States Code, Section 871).

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. BAR NO. 451058

By: _____
Denise Cheung
D.C. Bar No. 451714
Assistant United States Attorney
National Security Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-2845
Denise.Cheung@usdoj.gov

Date: April 19, 2006