UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No.  06-100 (JDB) |
| | : | |
| **JOHN R. ROSS,** | : | |
| | : | |
| **Defendant.** | : | |

### UNOPPOSED MOTION FOR TRANSFER OF DEFENDANT
### TO THE CORRECTIONAL TREATMENT FACILITY

Defendant, John Ross, through undersigned counsel, respectfully moves this Court for an order transferring him to the Correctional Treatment Facility.  As grounds, Mr. Ross states:

On March 14, 2006, Mr. Ross first appeared before Magistrate Judge Facciola where Mr. Ross was charged by criminal complaint with Threats Against the President, in violation of 18 U.S.C. § 871.  At this appearance, Mr. Ross requested that he be held at the Correctional Treatment Facility at which time the Court granted his request.  However, Mr. Ross was not transferred to the Correctional Treatment Facility and has subsequently encountered significant medical issues that require immediate attention.  In light of these issues, in addition to the oral request made on Mr. Ross' behalf at a status hearing before Magistrate Robinson held on April 18, 2006, Mr. Ross again respectfully requested that he be transferred to the Correctional Treatment Facility.  At no time has government counsel objected to this request.  Further, on May 8, 2006, after a guilty plea was entered in this case, Mr. Ross requested that this Court grant his request to have him to transferred to the Correctional Treatment Facility whereby government counsel did not oppose this request.

Wherefore, defendant John Ross requests this Court to order his transfer.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Danielle C. Jahn
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500