FILED

MAY 0 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Crim. No. 06-100 (JDB)
:
JOHN R. ROSS, :
:
      Defendant. :

## ORDER

Upon motion of Defendant John Ross, it is hereby ORDERED that

1. Defendant Ross should be transported to the Correction Treatment Facility;

2. Defendant should not be placed in protective custody, administrative segregation, nor any other segregation; and

3. Defendant should be placed in general population and held there until his case is completed.

4. Defendant Ross' D.C.D.C. number is 309679 and his date of birth is 1/13/66.

SO ORDERED this ____8th____ day of ____May____, 2006.

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT COURT JUDGE

Denise Cheung, AUSA
555 4th Street, N.W.
Washington, D.C. 20530

Dani Jahn, AFPD
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

United States Marshal's Service