# UNITED STATES v. JOHN ROBERT ROSS

## STATEMENT OF OFFENSE

The government's evidence at trial would prove beyond a reasonable doubt that on or about February 18, 2006, defendant JOHN ROBERT ROSS, mailed a certified letter through the United States Postal Service to the United States Secret Service (hereinafter "USSS"). The letter contained the following excerpts:

> [R]e: intent to kill the 43rd President of the United States of America, George Walker Bush
>
> Notwithstanding his likeability, charisma, and the fact that he is such a great entertainer, and notwithstanding the fact I was fortunate enough to hear his father speak, while I was an undergraduate at the University of Southern California, I have determined to kill the 43rd President of the United States of America, George Walker Bush. George Walker Bush is a
>
> ., and a traitor to his race. It is not the case that I intend to kill him tomorrow I would more likely attempt to kill him next year, during the third year of his second term, perhaps in February or in November.
>
> What do you think about the importation of a biological agent to the White House during a tour?

FILED
MAY 0 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

On or about February 21, 2006, the defendant sent an e-mail from his account (john-robert_ross@yahoo.com) to the e-mail address of Captain Casey Taylor, United States Marine Corps. In the e-mail, the defendant stated the following under a subject line header of "Marine One" (bolding and italics present in original):

> **I have determined to kill the 43rd President of the United States of America, George Walker Bush. George Walker Bush is a**
>
> **, and a traitor to his race.**

7   Initials: DJ/JR

> Failing that I have determined to bring down one of Presidential helicopters.

> For more details, please refer to the letter which I mailed to the United States Secret Service on Saturday. ***That letter does not mention Marine One.*** That letter was mailed from the post office at the intersection of Mass. Ave. and N. Capitol in N.W. D.C. It was sent certified mail, return receipt. It should arrive today. The certified mail receipt is number 7005 1820 0006 6192 1307. It was sent to the Secret Service at 245 Murray Dr., Bldg. 410, Wash. DC, 20223. Please advise your Commanding Officer, Colonel Andrew W. O'Donnell, of your receipt of this e-mail.

The defendant was located and questioned by USSS agents on March 13, 2006. The defendant provided a packet of materials to the agents and consented to speak to the agents. Among the materials in the packet was a copy of the above-quoted February 21, 2006 e-mail to Captain Taylor; a certified mail receipt bearing the number 7005 1820 0006 6192 1307, corresponding to the February 18, 2006 letter excerpted above; a letter dated March 3, 2006; a copy of the February 18, 2006 certified letter sent to the USSS; an e-mail dated March 8, 2006 sent to the Montana militia; and various e-mail printouts dated "3/8/03" for an advertisement for a gun store in Idaho, a web page pertaining to obtaining an Idaho identification card and driver's license, and a web page for the Boise, Idaho Rescue Mission.

The letter dated March 3, 2006 was addressed to "To whom it may concern" and contained the following text:

> The attached letter is a copy of the letter I mailed to the US Secret Service on Saturday, 18 February 2006.... On the morning of Tuesday, 21 February 2006, I sent out a number of e-mails notifying various parties that the letter had been sent, and expressly stating my intent to shoot down either the President's helicopter, Marine One, or one of the other thirteen helicopters in the squadron HMX-1 (There are fourteen helicopters in the squadron HMX-1, but only the one in which the President is a passenger is called Marine One, and then, obviously, only during the time that he is a passenger.

The letter went on to outline that e-mails were sent to Captain Taylor, General Michael W. Hagee; the USSS Public Affairs web-mail link; comments@whitehouse.gov; and vice_president@whitehouse.gov. The correspondence ended with the following advisement: "I have not yet contacted any right-wing organizations to request assistance with the necessary material. Being a right-wing conservative, I am rather disgruntled concerning the current state of affairs in our country."

In an e-mail sent to the Montana Militia dated March 8, 2006, the defendant stated the following:

> Gentlemen, my focus here is on our President, who is a traitor to us all, and who is an enemy of the people. Frankly speaking, what I have been considering is the tail rotor assembly on the President's HMX-1 helicopters. I'm sure you know that the President has a fleet of some fourteen helicopters, in Marine Helicopter Squadron One, and that only when the President is on-board one of them, is that helicopter called Marine One. Having determined to attempt to shoot down one of those helos, various problems are encountered....That being the case, I would most sincerely appreciate your advice. In the first place, it seems to me as someone not trained as a soldier, that it could conceivably be difficult to shoot down Marine One at altitude over the District, without having a surface-to-air missile. Which makes it more likely that I would have to settle for one of the HMX-1's. If you have visited Arlington National Cemetery, then you have probably seen them, coming around a bend in the Potomac, flying low and fast over the river or over one bank.
>
> I spend a lot of time at the Library of Congress, and it is not unusual to see Capitol Police dressed in black commando uniforms, carrying black assault shotguns, and hiding among the trees on Capitol Hill. Acquaintances of mine report having seen Park Police dressed as commandos, actually in the trees, around the White House. I have not verified this. There are regular patrols of unmarked police boats on the Potomac. It is likely that there are also Park Police officers located among the trees, along the route taken by the pilots of Marine Helicopter Squadron One.
>
> So, what I would like to know is, how difficult do you think it would be to disable the tail rotor of one of the HMX-1 helos, while it is flying fast and low over the Potomac? Specifically, I am

>
> thinking about the Sikorsky Sea-Kings. Do you think would be possible to disable the tail rotor on a Sikorsky Sea King, coming around a bend and flying fast and low over the Potomac, with some easily purchased weapon, like a shotgun, that is assuming the use of military ammunition? What do you think, and, what is your recommendation?

During the interview, the defendant admitted to authoring the letter and e-mail set forth above. The defendant also stated that he had "researched the option to shoot the tail rotor of one of the HMX helicopters with a shotgun loaded with military ordinance." The defendant further stated that he had "researched and hypothesized that the best vantage point would be Arlington Cemetery and to shoot the helicopter as it flew low and fast over the Potomac River." In addition, the defendant told the agents that he had done research on "the sale of military ordinance in Idaho" and looked into how to get an Idaho driver's license and where to stay in Boise, Idaho. The defendant also provided a written statement of these facts. When asked what the expected results of his plan would be, the defendant replied something to the effect of: "My [the defendant's] death and [the] possible deaths of the pilot if I hit the tail rotor."

**Acknowledgment:**

I have read this Statement of Offense and carefully reviewed every part of it with my attorney. I agree that it is a fair and accurate description of what happened.

5/8/06
Date

_____
John Robert Ross, Defendant

I am the defendant's attorney. I have reviewed every part of this Statement of Offenses with him.

5/8/06
Date

_____
Dani Jahn, Esquire
Counsel for Defendant

ATTACHMENT B:

## SENTENCING GUIDELINES CALCULATIONS FOR JOHN ROBERT ROSS

BASE OFFENSE: 18 U.S.C. § 871

| | | |
|---|---|---|
| 871 | Threats against the President | |
| | Threat to Injure a Person (§ 2A6.1(a)(1)) | BOL 12 |
| | Victim is government officer/employee (§ 3A1.2(a)) | 3 |
| | Motivation for threat is victim's status (§ 3A1.2(b)) | 3 |
| | TOTAL | 18 |

At level 18 and criminal history category I, the range is 27-33 months. With three points deducted for acceptance of responsibility under USSG §§ 3E1.1(a) (two-point deduction) and 3E1.1(b) (one-point deduction for timely notification of intent to plead guilty), he goes from level 18 to level 15. At level 15 and criminal history category I, the range is 18-24 months.

The government agrees not to seek a 6-point enhancement based upon USSG § 2A6.1(b)(1), which provides for the enhancement if the defendant engaged in conduct evidencing his intent to carry out the threat. The government further agrees that it will not seek an upward departure from the otherwise applicable range established by the Sentencing Guidelines, including upward departures provided by USSG § 2A6.1, application note 3(B) (an upward departure may be warranted "[i]f the offense involved substantially more than two threatening communications to the same victim or a prolonged period of making harassing communications to the same victim, or if the offense involved multiple victims...."), and USSG § 3A1.2, application note 5 (an upward departure may be warranted if the victim is "an exceptionally high-level official, such as the President" due to the "potential disruption of governmental function").

Initials: DJ / JR