CO-526
(12/86)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FILED**

**MAY 0 8** 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA      )
                              )
                vs.           )        Criminal Case No.   06-100
                              )
JOHN R. ROSS                  )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the

Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____        Date: _____
Judge John D. Bates