UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No. 06-100
)
)
JOHN R. ROSS )

**FILED**

MAY 0 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WAIVER OF INDICTMENT

I, **JOHN R. ROSS**, the above-name defendant, who is accused of

Threats Against the President
18 USC 871

being advised of the nature of the charge(s), the proposed information, and of my rights,

hereby waive in open court on **May 8, 2006** prosecution by indictment

and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____   Date: _____
Judge John D. Bates