UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Crim. No. 06-100 (JDB)** |
| : | |
| **JOHN R. ROSS,** : | |
| : | |
| **Defendant.** : | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING DATE

Mr. John Ross, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing in this case which is presently scheduled for August 3, 2006. In support of this motion, counsel states:

On May 8, 2006, Mr. Ross plead guilty to a One Count, Information charging him with Threats Against the President in violation of 18 U.S.C. § 871. At that time, the matter was referred to the Probation Office for a Pre-Sentence Investigation. The Pre-Sentence Report was disclosed to counsel on June 28, 2006. However, as noted in the initial disclosure of the Pre-Sentence Report, there has been difficulty obtaining information related to the mental health treatment of Mr. Ross from various sources across the country. Both undersigned counsel and the Probation Office are working together in an effort to secure these documents.

Due to the difficulties in obtaining various documents related to the mental health treatment of Mr. Ross, undersigned counsel is requesting at least a thirty-day extension of time in order to adequately prepare for sentencing in this case. Further, the government, per Assistant United States Attorney Denise Cheung, does not oppose this request. In addition, both parties are available for sentencing on September 7, 2006, at 9:30 a.m. as well as September 8, 2006, at

2 p.m.

    WHEREFORE, counsel for the Defendant respectfully requests that this motion be granted.

                                        Respectfully submitted,

                                        A.J. KRAMER
                                        FEDERAL PUBLIC DEFENDER

                                          /s/

                                        _____
                                        Dani Jahn
                                        Assistant Federal Public Defender
                                        625 Indiana Avenue, N.W.
                                        Suite 550
                                        Washington, D.C.  20004
                                        (202) 208-7500