UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : <br> : <br> **v.** : **Crim. No. 06-100 (JDB)** <br> : <br> **JOHN R. ROSS,** : <br> : <br> **Defendant.** : | |

## ORDER

Upon consideration of the Defendant's Unopposed Motion to Continue the Sentencing Hearing, and in light of the entire record in this matter, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the sentencing in this matter is rescheduled for _____, 2006 at __:__ a.m./p.m..

**IT IS SO ORDERED** this _____ day of _____, 2006.

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT COURT JUDGE

Denise Cheung, AUSA
555 4th Street, N.W.
Washington, D.C. 20530

Dani Jahn, AFPD
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004