**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 06-100 (JDB)** |
| | : | |
| **v.** | : | |
| | : | **Sentencing hearing: September 7, 2006** |
| **JOHN R. ROSS,** | : | |
| **Defendant.** | : | |


**GOVERNMENT'S MOTION TO DISCLOSE**
**PRESENCE INVESTIGATION REPORT**

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, respectfully requests that the Court enter an order allowing the

government to provide a copy of the Presentence Investigation Report ("PSI") prepared by the

United States Probation Office in the above-captioned case to Dr. Robert T. M. Phillips, the

forensic psychiatrist conducting a threat assessment on the defendant for the United States Secret

Service, and/or any designated individual of the United States Secret Service solely for use in

preparing a threat assessment of the defendant.  In support of this motion, the government states

as follows:

On May 8, 2006, the defendant entered a guilty plea before the Court pursuant to a

written plea agreement.  The defendant pled guilty to Threats Against the President, in violation

of 18 U.S.C. § 871.  As part of the plea agreement, the defendant agreed to submit to a debriefing

"with any special agent, mental health professional, or other designated individual specified by

the United States Secret Service for the sole purpose of completing a Secret Service threat

assessment."  Letter to Dani Jahn, Esquire, dated April 26, 2006, at ¶ 3.

Dr. Phillips has been designated by the Secret Service to conduct the threat assessment on

the defendant.  On July 11, 2006, Dr. Phillips asked undersigned counsel if he could have a copy

of the PSI in order to assist him in completing his evaluation of the defendant.

On July 11, 2006, government counsel contacted Dani Jahn, the attorney for the

defendant and left a telephone message for her regarding the government's intention to file the

instant motion.  The outgoing telephone message indicated that Ms. Jahn would not be returning

to the office until July 20, 2006.

WHEREFORE, the United States respectfully requests that the Court grant the

government's request to authorize the disclosure of the PSI to Dr. Phillips and/or any designated

individual of the United States Secret Service solely for use in preparing a threat assessment of

the defendant.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar No. 451058


_____

Denise Cheung
D.C. Bar. No. 451714
Assistant United States Attorney
555 Fourth Street, N.W., Room 11-443
Washington, D.C. 20530
202/307-2845

## <u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that service of the foregoing was served by facsimile (202/208-7515) and first class mail, postage pre-paid, upon counsel for the defendant, Dani Jahn, Esq., Office of the Federal Public Defender, 625 Indiana Avenue, N.W., Suite 550, Washington, DC 20004, this _____<sup>th</sup> day of July, 2006.

<br>

          _____
          Denise Cheung
          Assistant United States Attorney

<br>

cc:  Michael Penders
   United States Probation Officer