UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 06-100 (JDB) |
| | : | |
| v. | : | |
| | : | Sentencing hearing: September 7, 2006 |
| **JOHN R. ROSS,** | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the Government's Motion to Disclose Presentence Investigation Report and any opposition thereto or argument thereupon,

NOW THEREFORE, IT IS ORDERED, that the government be allowed to provide a copy of the Presentence Investigation Report to Dr. Robert T.M. Phillips and/or any designated individual of the United States Secret Service solely for use in preparing a threat assessment of the defendant.

_____    _____
Date                                                  JOHN D. BATES, JUDGE
                                                           UNITED STATES DISTRICT COURT
                                                           FOR THE DISTRICT OF COLUMBIA

cc:     Denise Cheung
          Assistant United States Attorney

          Dani Jahn, Esquire
          Assistant Federal Public Defender

          Michael Penders
          United States Probation Officer