# PonderosaSports & Mercantile
*"Layaways are welcome and gift wrapping is free! - Welcome to Idaho!"*



| "THE LEFT WING" | "THE RIGHT WING" | |
|---|---|---|
| Select the door below that interests you. | | |
| *Handmade Quilts* | *Guns & Tons of Arnmo* | I |
| *Home/Cabin Decor* II | *MRE's & Storable Food* | |
| *Dried & Silk Florals* I | *Outdoor & Survival* | I |
| *Unique Gs*    II | *Military Surplus* | |
| *Left Wing Specials* I~ | *Right Wing Specials* | I |

**This Business & Real Estate Is For Sale - click for details**

<u>Home</u>  <u>Map</u>  <u>E-mail US</u>  <u>Real Estate For Sale</u>

**Ponderosa Sports & Mercantile, Inc.
6854 Highway 55
Horseshoe Bend, Idaho 83629**
208-793-3121 Phone   208-793-3133 Fax

*Open Thursday, Friday, Saturday & Sunday from 9:0o AM **to** 6:0o PM*
**We accept (VISA/MC/DISC/AMEXP and old greenbacks!) .**

Ponderosa Sports provides a unique shopping experience. Entering the store "LEFT WING" LIBERAL **display** of Amish quilts, home **decor** and gifts **compleme:** a "RIGHT WING" CONSERVATIVE **display** of sporting **goods, survival** and fireari A **husband** and wife with differing shopping interests are comfortable for hours!

Custom orders are welcomed as well as layaways and free gift wrap. We will UPS

**ship your purchases.**

(zb c

*[handwritten: offense felony - to export these products from a Federal weapons Permit).]*



# Idaho Transportation Department

ABOUT US | TRAVELER SERVICES | DMV | GET INVOLVED | NEWS & INFO

ITD HOME | DOING BUSINESS WITH ITD | CONTACT US | SEARCH:    Searc    printer

- ITD HOME PAGE
- DMV HOME PAGE
- ON-LINE SERVICES
- DRIVER SERVICES
- VEHICLE SERVICES
- COMMERCIAL VEHICLE SERVICES
- DRIVER LICENSING OFFICES
- VEHICLE LICENSING OFFICES
- IDAHO MOTOR VEHICLE LAWS
- ADMIN. RULES
- VOTER REGISTRATION
- DMV HISTORY
- TRUCKING.IDAHO.GOV

## Idaho Driver's Licenses and Identification Cards FACT SHEET

**Who needs a driver's license?**
Anyone who operates a motor vehicle on the public roads in Idaho is required to **have** a valid driver's license.

When moving to Idaho you will need to apply for an Idaho driver's license within 90 days of residing in Idaho, whether your out-of-state license has expired or not. If you **have** a Commercial Driver's License (CDL), you are required to be licensed in Idaho within 30 days of residing in Idaho.

Students attending a college or university in Idaho and members of the U.S. Military on active duty and their dependents who hold a valid driver's license from another state or country and who claim residency in that state or country, are not required to obtain an Idaho driver's license.

**Where do I get a driver's license or Identification Card?**
Idaho driver's licenses, instruction permits, or identification cards are issued through the county sheriff's offices. You may apply at the sheriff's office most convenient to you.

**What do I need to bring with me?**
Proof **of Idaho Residency-You** must reside inside Idaho's borders to be issued an Idaho driver's license or ID card. Proof of residency may be shown with documents such as lease or rental agreements, utility bills, employment records, school enrollment records, etc. Your home address (where you live) cannot be your workplace, vacation residence, or a part-time residence, P.O. box, mail drop, or general delivery.

Proof of **Age** and Identity-Driver's license examiners are required by law to verify your identity and **age** before issuing you a driver's license or ID card. You will need to present two or more primary and/or secondary documents from the following lists (at least one from the primary documents list). One document should be a certified original birth certificate and the other must contain a photo of you. If you have a current, valid driver's license or ID card to surrender that meets the conditions listed under primary documents, you do not need to provide any additional documents.

Primary documents verify your age and identity, and must contain your full legal name and date of birth. These documents must be verifiable as authentic (the examiner must be able to contact the issuing agency to determine authenticity). The following are examples of primary documents:

1. Out of state driver's license or ID card (with a photo) not expired for one year or more.
2. Idaho driver's license or ID card not expired for five years or more.
3. Certified original birth certificate or certified abstract.
4. Valid Immigration and Naturalization (INS) card.
5. U.S. military photo identification card.
6. Valid passport with a valid U.S. VISA.
7. Idaho concealed weapons permit not expired for one year or more.
8. Pilot's license (with photo) not expired for one year or more.
9. Veteran's Universal Access Card with photo.
10. Native American ID card with photo.

Secondary documents will assist in confirming your identity, and must contain your name and




### Welcome to the Boise Rescue Mission

Since 1958 the Boise Rescue Mission has been serving the community by meeting the spiritual, physical and psychological needs of those who live in our community and those who pass through on a daily basis.

Boise Rescue Mission provides food, clothing and shelter for men, women and children 365 days a year.

Over the years, we have also implemented educational and counseling programs to provide opportunities for healing, growth, and employment for the homeless population.

Volunteers are an essential part of every program at Boise Rescue Mission Ministries. We have opportunities for individuals and groups alike at all of our facilities. We are in need of volunteers in various areas throughout the year. There is a place for everyone to give of their time to those in need. **ACCAPIATIA▸1**



**Come** us!O_pe n__H l March 25th at all Boise Rescue Mi Ministries Locati


