HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 06-CR-100 |
| vs. | : | |
| ROSS, John R. | : | Disclosure Date: June 29, 2006 |

**FILED**

SEP 0 7 2006

MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          7/5/06
Prosecuting Attorney                        Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____     _____  _____
Defendant          Date          Defense Counsel    Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **July 13, 2006**, to U.S. Probation Officer **Michael Penders**, telephone number **(202) 565-1379**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer



U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

July 5, 2006

Mr. Michael Penders
U.S. Probation Officer
(202) 565-1379; fax: 273-0242

    Re:    <u>PSI report in U.S. v. John R. Ross</u>, 06-0100 (JDB)

Dear Mr. Penders:

    Upon reviewing the draft Presentence Investigation Report (PSI) in this matter, I write to make the following suggested change:

1) Change the date in ¶ 1, page 3, after the word "On" to "04//21/06". The Information was filed on April 21, 2006, not on May 8, 2006.

    If you have any questions, I can be reached at (202) 307-2845, and my fax is 307-6059.

                                    Sincerely,

                                    KENNETH L. WAINSTEIN
                                  UNITED STATES ATTORNEY

                By:                _____
                                   DENISE CHEUNG
                                  ASSISTANT UNITED STATES ATTORNEY

Enclosure: Receipt and Acknowledgment of PSI

CC:    <u>Via Facsimile</u>
        Dani Jahn, Esquire
        Office of the Federal Public Defender
        625 Indiana Avenue, N.W.
        Washington, D.C. 20004
        (202) 208-7515 (fax)