HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

UNITED STATES OF AMERICA  :  Docket No.: <u>06-CR-100</u>

vs.  :

ROSS, John R.  :  Disclosure Date: <u>June 29, 2006</u>

SEP 0 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____   _____
Prosecuting Attorney    Date

### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*John Ross*  7/6/06         *Mani Jahn*  7/6/06
Defendant    Date           Defense Counsel    Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>July 13, 2006</u>, to U.S. Probation Officer <u>Michael Penders</u>, telephone number <u>(202) 565-1379</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Richard A. Houck, Jr., Chief
United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER
*Federal Public Defender*

TELEPHONE (202) 208-7500
FAX (202) 208-7515

July 6, 2006

Michael Penders
United States Probation Officer
United States District Court
333 Constitution Ave., N.W.
Washington, D.C. 20001

Via Facsimile: 202-273-0242

          Re:    United States v. John R. Ross
                   Criminal No.: 06-100 (JDB)

Dear Mr. Penders:

      Enclosed please find the Defendant's Objections and Comments to the pre-sentence report, prepared in the above case, dated June 28, 2006.

**Objections and Comments**

      1.    Mr. Ross requests that Page 2 of the Presentence Report reflect that he has a Bachelor of Arts degree consistent with Paragraph 49 on Page 9 of the Presentence Report.

      2.    Mr. Ross requests that Paragraph 1 on Page 1 of the Presentence Report be modified to reflect that the Information was filed on April 21, 2006.

      3.    Mr. Ross requests that Paragraph 15 on Page 5 of the Presentence Report be modified to reflect that he does not harbor any hatred towards his father regarding his father's employment. Further, Mr. Ross denies harboring any negative thoughts about the employment of his father as a civilian engineer. Mr. Ross does not dispute that he is upset with the current status of his relationship with his father.

      4.    Mr. Ross requests that Paragraph 33 on Page 7 of the Presentence Report be modified to reflect that he does not have any siblings related to his adoptive parents. However, Mr. Ross is aware that his birth mother did have a daughter named Shara Baars, therefore Mr. Ross has a half-sister. Further, his birth mother's name is Dorothy Baars and his birth father's

name is Edward Chandler.

5.  Mr. Ross requests that Paragraph 35 on Page 7 and Paragraph 37 on Page 8 of the Presentence Report be modified to reflect that he did not live in Latin America as a child. Mr. Ross resided in Latin American countries between the years of 1998 and 2003. The various countries he spent time in were Mexico, Nicaragua, Costa Rica, and Panama.

6.  Mr. Ross requests that Paragraph 38 on Page 8 of the Presentence Report be modified to reflect that he has been continuously residing in the D.C. metropolitan area since August 2005, however he has visited the D.C. area on numerous occasions throughout his life.

7.  Mr. Ross requests that Paragraph 42 on Page 8 of the Presentence Report be modified to reflect that he does not have poor dental hygiene. Mr. Ross has never had any teeth pulled. Mr. Ross does not have cuspids on either side of his front teeth because they never came in during his adolescent years.

8.  Mr. Ross objects to the first and second sentence in Paragraph 50 on Page 9 of the Presentence Report. Mr. Ross requests that this paragraph be modified to reflect that he did not attend Korean International University, rather he attended Yonsei University and studied political science.

9.  Mr. Ross requests that Paragraph 76 on Page 13 of the Presentence Report be modified to reflect that there are additional factors under 18 U.S.C. § 3553(a) that are not identified in this paragraph, such as circumstances of the offense, history and characteristics of the defendant, to provide just punishment, as well as the kinds of sentences available. It should be noted that § 3553(a) encompasses a variety of factors that the court must consider in imposing a sentence.

Thank you for your consideration in this matter. Please feel free to call me if there are any details that we need to discuss.

Very truly yours,

Dani Jahn
Assistant Federal Public Defender

cc:  Denise Cheung
     Assistant U.S. Attorney
     555 4th Street, N.W.
     Washington, D.C. 20530