UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br><br>v.<br><br>JOHN R. ROSS,<br><br>Defendant. | Criminal No. 06-100 (JDB)<br><br>**FILED**<br>SEP 1 9 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

The United States Probation Office has informed the Court that defendant is scheduled to be released from the custody of the U.S. Bureau of Prisons on September 20, 2007, without a release plan, and concerns have been expressed over defendant's awareness of the conditions of release, in particular, the requirement to report to the Probation Office within 72 hours of his release. By this Order, the Court directs the Probation Office to provide a copy of the attached Judgment to defendant. Because concern has been expressed over the ability of the Probation Office to locate defendant upon his release, the Court reminds defendant that the conditions of supervised release include a requirement "to report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons," and further that "the defendant shall not leave the judicial district without the permission of the court or probation officer." Defendant is also under an obligation to "notify the probation officer at least ten days prior to any change in residence." Several other conditions of supervised release are set forth in the Judgment, and the Court emphasizes that defendant must comply with those conditions even though they are not repeated in this Order.

Accordingly, it is hereby

**ORDERED** that the Probation Office, through Darryl Hughes, shall cause a copy of this

Order and attached Judgment to be served on defendant forthwith.

**SO ORDERED.**

                                                                            JOHN D. BATES
                                                                      United States District Judge

Date:   September 19, 2007